UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) Case No. 20-CR-40029-JPG |
| | ) |
| v. | ) |
| | ) |
| Thomas Draper, | ) |
| | ) |
| Defendant, | ) |
| ==================================== | ) |
| Vanguard, | ) |
| | ) |
| Garnishee. | ) |

**MEMORANDUM AND ORDER**

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on October 7, 2021, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant via Heartland Dental 401(k) and Stock Participation Plan – 097395 maintained by Vanguard Fiduciary Trust Company.

On September 28, 2021, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay $21,837.11 to Plaintiff and continue said payments of $21,837.10 in December 2022 until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Debtor or until further Order of this Court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois   62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**
**Dated: January 28, 2022**

/s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**