UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case No.  20-CR-40029-JPG |
| ) | |
| v. ) | |
| ) | |
| Thomas Draper, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ========================================) | |
| Vanguard, ) | |
| ) | |
| Garnishee. ) | |

## AMENDED MEMORANDUM AND ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on October 7, 2021, stating that at the time of the service of the Writ it had in his possession or under his control personal property belonging to and due Defendant via Heartland Dental 401(k) and Stock Participation Plan – 097395 maintained by Vanguard Fiduciary Trust Company.

On September 28, 2021, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

On January 28, 2022, this Court entered a Memorandum and Order directing Garnishee to pay $21,837.11 to Plaintiff and continue said payments of $21,837.10 in December 2022 until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Debtor or until further Order of this Court. (Doc. 9)

Since the entry of that order, the Plaintiff and Defendant have reached an agreement to accelerate the garnishment so that Defendant may access the remaining balance of his Heartland

Dental 401(k) account after his restitution debt is paid in full.

**IT IS ORDERED** that Garnishee pay $32,755.65 to Plaintiff. Following receipt of this payment by the Clerk of Court, Garnishee is released from its obligations under the writ of garnishment.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.


Dated: 5/4/2022

s/J. Phil Gilbert
J. Phil Gilbert
United States District Judge
